# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DaQuila L. Jackson
# 403678
Petitioner,

V.

Mabel Bassett Correctional Center
Administration And Staff
Respondent.

CASE No. CIV-24-1334-J



FILED

3:47 pm, Dec 19, 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: RP, Deputy Clerk

## INJUNCTIVE RELIEF

DaQuila L. Jackson D.O.C No. 403678 [names] hereby applies for a temporary restraining order restraining, Mabel Bassett Correctional Center Identified Administration and Staff of Mabel Bassett Correctional , Warden David Rogers his agents and employees from Mabel Bassett Correctional Center Lt. Robert Reed, Lt. Mrs. West (FNU) , Assistant Deputy Warden Mr. A. Audeosa ,Assistant Deputy Warden Mrs. Nikkii Brewer ,Mrs. Kielsey Miller, Mr.Lt. Lierman , An order requiring the conduct of any business that may have a negative impact and outcome to the conditions of my confinement . This includes Level Demotions, withholding my legal mail, frivolous misconducts, personal documentation, withholding documentation regarding disciplinary paperwork, incident reports and preventing me from the Exhaustion of the Administrative due process such as Grievances. Being housed without legal and/or policy justification and deliberate indifference to necessities and situations including creating a invidious environment.

Identified Administration and Staff of Mabel Bassett Correctional

Warden David Rogers his agents and employees from Mabel Bassett Correctional Center Lt. Robert Reed, Lt. Mrs. West (FNU) , Assistant Deputy Warden Mr. A. Audeosa ,Assistant

Reed, Lt, Mr., Learman (FNU), Sgt. Mrs. West (FNU), Ass. Deputy's Mr. A. Audeosa & Mrs. Nikki Brewer, Mrs. Hart (FNU) and Mrs. Lori A. Thornbird Mrs. Keilsey Miller, Unit Case Unit Manager Mr. Becker of C2. to show cause why a preliminary injunction should not issue to restrain Mabel Basset and Mr. Tinsley [his or her or its] agents and employees from the department of Corrections, Mabel Bassett Corr. Center [those same acts or specify acts to be restrained] and this application is on the grounds that while this action is pending, they are not allowed to cause or be a part of any collaborations that may cause unnecessary Hardships or Degradation. This application is based on the grounds that [specify grounds supporting issuance of temporary restraining order, such as:

On May 21, 2024 Mrs. DaQula L. Jackson was placed in a program that included solitary Treatment with extreme depravation unequal treatment in line with the facility, courts and policy of the Oklahoma Department of Correction.

This was the culmination and reality for prior conflict with the above-mentioned staff and facility members, The current conditions that the petitioner is being housed under and the deprivation of the process of Administration remedies, and denial of access to the courts. Supporting statement of myself attached to this application. (date), defendant given written notice that property will be Secured, but was not instead property was tampered and disposed of and stolen that for a second time not secured in accordance to D.O.C (OP-030120) [great or irreparable or great and irreparable] injury would result to plaintiffs before the matter can be heard on notice, as shown by the declaration of DaQula Jackson [name] attached to this application.

This application is based on the declarations of DaQula Jackson [name], and the memorandum of points and authorities filed concurrently.

Dated Dec 14, 2024

Laquita Jackson (Signature)