UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAQUILA L. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1334-J |
| ) | |
| MABEL BASSETT CORRECTIONAL ) | |
| CENTER AND STAFF, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a state inmate appearing pro se, filed a document entitled "Injunctive Relief" seeking a temporary restraining order related to her confinement at the Mabel Bassett Correctional Center. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Amanda Maxfield Green consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Green ordered Plaintiff to cure both her initial filing and her motion for leave to proceed in forma pauperis. [Doc. No. 5]. When Plaintiff failed to respond or take any action, Judge Green issued a Report and Recommendation recommending that the case be dismissed without prejudice for failure to prosecute under Fed. R. Civ. P. 41(b). [Doc. No. 6]. In lieu of an objection, Plaintiff sought an extension of time to "complete [her] Complaint." [Doc. No. 10]; *see also* [Doc. No. 9].

The Court granted Plaintiff's motions and instructed her that "she has until March 25, 2025 to cure *both* her initial filing and her motion for leave to proceed in forma paupers as Judge Green instructed." [Doc. No. 11]. Plaintiff was also "cautioned that failure to cure either filing will likely result in the Court adopting Judge Green's recommendation and dismissing the action without prejudice." *Id.*

2

Plaintiff's deadline has passed, and she has not cured her Complaint, cured her motion for leave to proceed in forma pauperis, or otherwise communicated with the Court. Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 6] and DISMISSES the Complaint without prejudice. Plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 2] is DENIED as moot. A separate judgment will enter.

IT IS SO ORDERED this 8th day of April, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE